IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| McRO, INC., d/b/a PLANET BLUE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-1513-LPS-CJB |
| ROCKSTAR GAMES, INC., | : | |
| Defendant. | : | |
| McRO, INC., d/b/a PLANET BLUE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-1517-LPS-CJB |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., | : | |
| Defendant. | : | |
| McRO, INC., d/b/a PLANET BLUE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-1519-LPS-CJB |
| 2K GAMES, INC., | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this 24th day of **April, 2014.**

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (C.A. No. 12-1513, D.I. 43), (C.A. No. 12-1517, D.I. 42), and (C.A. No. 12-1519, D.I. 41) on March 17, 2014;

WHEREAS, the Report and Recommendation recommends that the Court GRANT-IN-

PART and DENY-IN-PART Defendants' Motions to Dismiss (C.A. No. 12-1513, D.I. 17), (C.A. No. 12-1517, D.I. 18), and (C.A. No. 12-1519, D.I. 17).

WHEREAS, any Objections to the Report and Recommendation were to be filed by April 3, 2014;

WHEREAS, no party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (C.A. No. 12-1513, D.I. 43), (C.A. No. 12-1517, D.I. 42), and (C.A. No. 12-1519, D.I. 41) is **ADOPTED**; and Defendants' Motions to Dismiss (C.A. No. 12-1513, D.I. 17), (C.A. No. 12-1517, D.I. 18), and (C.A. No. 12-1519, D.I. 17) are **GRANTED-IN-PART** (as to the claims of induced and willful infringement), and **DENIED-IN-PART** (as to the claims of direct infringement). Plaintiff is granted leave to file a further amended complaint.

UNITED STATES DISTRICT JUDGE